UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

BARRY COOPER,

             Defendant.

- - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:

CONSENT ORDER
OF FORFEITURE

S1 13 Cr. 880 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE: 3/13/15

WHEREAS, on or about July 22, 2014, BARRY COOPER (the "defendant"), was charged in a two-count Indictment, S1 13 Cr. 880 (CS) (the "Indictment"), with participating in a conspiracy to distribute 1 kilogram and more of heroin, in violation of 21 U.S.C. § 846; and possession of a firearm in furtherance of a narcotics conspiracy, in violation of 18 U.S.C. § 924(c).

WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to 21 U.S.C. § 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense alleged in Count One of the Indictment and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the offense alleged in Count One of the Indictment, including but not limited to a money judgment representing the proceeds obtained as a result of the commission of the offense alleged in Count One of the Indictment;

WHEREAS, on or about November 24, 2014, the defendant pled guilty to the lesser included offense of Count One of the Indictment of participating in a conspiracy to distribute 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 846, wherein the defendant agreed to forfeit a sum of money equal to $5,000 in United States currency, representing property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense alleged in Count One; and

WHEREAS, the defendant consents to a money judgment in the amount of $5,000 in United States currency;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorney Jessica Feinstein, of counsel, and the defendant, and his counsel, Joseph Vita, Esq., that:

1.    As a result of the lesser included offense of Count One of the Indictment of participating in a conspiracy to distribute 100 grams and more of heroin, in violation of 21 U.S.C. § 846, to which the defendant pled guilty, a money judgment in the amount of $5,000.00 shall be entered against the defendant.

2.    Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall be

2

final as to the defendant, BARRY COOPER, upon entry of this order, and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

6.    The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

7.    Upon execution of this Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service

shall be authorized to deposit the payments on the Money

Judgment in the Assets Forfeiture Fund, and the United States

shall have clear title to such forfeited property.

   8.   The signature pages of this order may be executed in

one or more counterparts, each of which will be deemed an

original but all of which together will constitute one and the

same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____       3/12/15
    JESSICA FEINSTEIN                 ‾‾‾‾‾‾‾‾
    Assistant United States Attorneys     DATE
    300 Quarropas Street
    White Plains, NY 10601
    (914)993-1904

DEFENDANT

By: _____       3-12-15
    BARRY COOPER                     ‾‾‾‾‾‾‾
                                        DATE

By: _____       3-12-15
    JOSEPH VITA, ESQ.                ‾‾‾‾‾‾‾
    Attorney for Defendant              DATE

SO ORDERED:

_____           3/12/15
HONORABLE CATHY SEIBEL              ‾‾‾‾‾‾‾
UNITED STATES DISTRICT JUDGE           DATE

4